In the Matter of the General Assignment for the Benefit of Creditors of David Brown Printing Co., Inc., to Bessie Lastfogel. The City of New York; New York State Department of Labor, Division of Placement & Unemployment Insurance and The State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Amelia Cullen v. The City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

John G. Lonsdale and Others v. James Speyer and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

Rose M. Singer, Suing on Her Own Behalf and on Behalf of All Other Stockholders of The United Corporation Similarly Situated Who May Join in This Action and Contribute to the Expense Thereof, and Fannie Rickles, a Stockholder of The United Corporation, v. F. L. Carlisle and Others. Samuel R. Shielprawt, etc., and Fannie Rickles, a Stockholder, etc., v. Howard Hopkinson, Jr., and Others. Annie Fastenberg, etc., and Fannie Rickles, a Stockholder, etc., v. R. K. Ferguson and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

Emma Pelgrim, as Administratrix, etc., of Bernard J. Pelgrim, Deceased, v. Milton J. Ross, Also Known as Judson Ross and M. John Ross. Ruth Ross v. Emma Pelgrim, Individually, and as Administratrix, etc., of Bernard J. Pelgrim, Deceased.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of Samuel Cohen for an Order against William Fellowes Morgan, Jr., Commissioner of Markets.— Motion for resettlement of order of this court entered April 12, 1940, for leave to appeal to the Court of Appeals from said order, as resettled, and for a stay denied, with ten dollars costs. [See ante, p. 808.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of Marguerite Lindewall, Also Known as Marguerite Lindewall Bathelt, Deceased, as a Will of Real and Personal Property. John Paul Bathelt, Jr.; Louis Lorence, as Executor.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 196.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Equitable Life Assurance Society of the United States v. Herbert Cannon, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 808.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.